PROSKAUER ROSE LLP
Michelle A. Annese
One Newark Center
Newark, NJ 07102
Ph.: (973) 274-3200
Fax: (973) 274-3299
mannese@proskauer.com

Kevin J. Perra*
David S. Mordkoff*
Eleven Times Square
New York, NY 10036
Ph: (212) 969-3000
Fax: (212) 969-2900
kperra@proskauer.com
dmordkoff@proskauer.com
*Admitted *pro hac vice*
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| REY OLSEN and ALEX OLSEN, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>NEW JERSEY DEVILS, LLC,<br><br>            Defendant. | Civil Action No. 15-cv-2807 (CCC) (MF)<br><br>*Document Electronically Filed*<br><br>**DEFENDANT NEW JERSEY DEVILS, LLC'S NOTICE OF MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that on November 2, 2015 at 9:00 a.m. or at such other date and time as the Court shall designate, the undersigned, attorneys for Defendant New Jersey Devils, LLC, will, and hereby do, respectfully move the Honorable Claire C. Cecchi, presiding at the United States District Court for the District of New Jersey located at the Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order

pursuant to Rule 9(b) and Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Amended Class Action Complaint in its entirety.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant New Jersey Devils, LLC will rely upon the accompanying memorandum of law, the Declaration of David S. Mordkoff with attached exhibits, the Declaration of Hugh Weber with attached exhibits and all other pleadings on file in this action, and any oral argument permitted by the Court.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event that there is opposition to this Motion.

Dated: August 28, 2015

Respectfully submitted,

**PROSKAUER ROSE LLP**

By: \_\_\_/s/ Michelle A. Annese_____
Michelle A. Annese
One Newark Center
Newark, NJ 07102
Ph.: (973) 274-3200
Fax: (973) 274-3299
mannese@proskauer.com

Kevin J. Perra*
David S. Mordkoff*
Eleven Times Square
New York, NY 10036
Ph: (212) 969-3000
Fax: (212) 969-2900
kperra@proskauer.com
dmordkoff@proskauer.com
*Admitted *pro hac vice*

*Attorneys for Defendant*