UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REY OLSEN and ALEX OLSEN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>NEW JERSEY DEVILS, LLC,<br><br>　　　　　　　　Defendant. | Civil Action No. 15-cv-2807 (CCC) (MF)<br><br>*Document Electronically Filed* |

**DECLARATION OF HUGH WEBER IN SUPPORT OF
DEFENDANT NEW JERSEY DEVILS, LLC'S
MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

HUGH WEBER, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the President of Business Operations for Defendant New Jersey Devils, LLC. ("Defendant"). I have held that position since August 2013. Among other duties, I am responsible for Defendant's finance and box office departments. I make this Declaration based on my review of the Devils organization's records and my own personal knowledge.

2. Attached as Exhibit 1 is a partially-redacted copy of the electronically-signed invoice, dated January 14, 2013, for the purchase of a full-season ticket package for four seats for the 2012-13 season for Alex Olsen's account, ending in digits -9219.

3. Attached as Exhibit 2 is a partially-redacted copy of the electronically-signed invoice, dated of February 28, 2013, for the purchase of a partial-season ticket package for four seats for all home games played after February 28, 2013 for Rey Olsen's account, ending in digits -5532.

4. Attached as Exhibit 3 is a partially-redacted copy of a paper invoice contained in the 2013-14 Renewal Package that was sent to season ticket holders to whom Defendant offered

2

the opportunity to renew their season tickets.  The invoice attached as Exhibit 3 was sent to, and returned by, a season ticket holder other than Plaintiffs.  Each 2013-14 Renewal Package contained an invoice in this form.

5. Attached as Exhibit 4 is a copy of the package of material sent to season ticket account holders for the 2013-14 season.  Each package contained the game tickets for the entire season for a single seat.  Season ticket holders received one set of these materials for each seat that was part of their season ticket account.  These same materials would have been sent to Alex Olsen and Rey Olsen for their 2013-14 season ticket accounts.  These materials we shipped to season ticket holders in approximately September 2013.

6. Attached as Exhibit 5 is an enlarged copy of the back of a ticket to a Devils home game at the Prudential Center during the 2012-13 NHL season.  The language on the ticket back shown in Exhibit 5 appeared on the backs of tickets that were sent to Alex Olsen, Rey Olsen and other season ticket account holders.

7. Attached as Exhibit 6 is an enlarged copy of the back of a ticket to a Devils home game at the Prudential Center during the 2013-14 NHL season.  The language on the ticket back shown in Exhibit 6 appeared on the backs of tickets that were sent to Alex Olsen, Rey Olsen and other season ticket account holders.

8. The text on the back of tickets sent to season ticket holders for the 2012-13 season (such as Exhibit 5) was the same as the text on the back of tickets sent to season ticket holders for the 2013-14 season (such as Exhibit 6).

9. Attached as Exhibit 7 is copy of a one-page document that was inserted into the mailing with the 2013-14 season ticket packages with the headline: "A NEW AND IMPROVED WAY TO HELP YOU RESELL YOUR UNUSED DEVILS TICKETS". The document attached as Exhibit 7 is referenced in the material in Exhibit 4 as an "insert" and "enclosed information".

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2015

_____
Hugh Weber